IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
EASTERN DIVISION

No. 4:10-CR-103-1BR

| UNITED STATES OF AMERICA | ) | |
|---|---|---|
| | ) | |
| v. | ) | ORDER TO SEAL |
| | ) | |
| BRUCE JUNIOR MOORE | ) | |
| | ) | |

This matter is before the court on the United States' Motion to Seal. For good cause shown, the Government's motion is hereby allowed. The Court orders that docket entry #40 be placed under seal and made available only to counsel for the Government and counsel for Defendant.

This 31 August 2011.

                                             _____
                                             W. Earl Britt
                                             Senior U.S. District Judge