UNITED STATES DISTRICT COURT
for the
EASTERN DISTRICT OF NORTH CAROLINA

U.S.A. vs. Bruce Junior Moore                           Docket No. 4:10-CR-103-1BR

**Petition for Action on Supervised Release**

COMES NOW Arthur B Campbell, U.S. Probation Officer of the court, presenting a petition for modification of the Judgment and Commitment Order of, Bruce Junior Moore , who, upon an earlier plea of guilty to Felon in Possession of a Stolen Firearm, in violation of 18 U.S.C. §§ 922(j) and 924(a)(2), was sentenced by the Honorable W. Earl Britt, Senior U.S. District Judge on December 5, 2011, to the custody of the Bureau of Prisons for a term of 72 months. It was further ordered that upon release from imprisonment the defendant be placed on supervised release for a period of 36 months.

Bruce Junior Moore was released from custody on January 7, 2016, at which time the term of supervised release commenced.

On May 9, 2016, the defendant appeared for a revocation hearing in front of the Your Honor. On May 16, 206 the court ordered that he be continued on supervision so as to participate in the HOPE Court.

**RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:**

The defendant was accepted in the HOPE Court program. In order to participate in HOPE Court the participant has to agree to add DROPs and Cognitive Behavioral Therapy conditions to their judgment. The defendant signed a Waiver of Hearing agreeing to the proposed modification of supervision.

**PRAYING THAT THE COURT WILL ORDER** that supervised release be modified as follows:

1. The defendant shall participate in a cognitive behavioral program as directed by the probation office.

2. While under supervision in the Eastern District of NC, the defendant shall participate in the DROPS Program and, in response to detected illegal drug use, shall be confined in the custody of the Bureau of Prisons for a period not to exceed 30 days of intermittent confinement, as arranged by the probation office, in the following increments: First Use - Two Days; Second Use - Five Days; Third Use - Ten Days;

Except as herein modified, the judgment shall remain in full force and effect.

Reviewed and approved,                I declare under penalty of perjury that the foregoing
                                      is true and correct.

/s/ Jeffrey L. Keller                 /s/ Arthur B Campbell
Jeffrey L. Keller                     Arthur B Campbell
Supervising U.S. Probation Officer    U.S. Probation Officer
                                      310 New Bern Avenue, Room 610
                                      Raleigh, NC 27601-1441
                                      Phone: 919-861-8677
                                      Executed On: May 23, 2016

**Bruce Junior Moore**
**Docket No. 4:10-CR-103-1BR**
**Petition For Action**
**Page 2**

## ORDER OF THE COURT

Considered and ordered this ___27___ day of ___May___, 2016 and ordered filed and made a part of the records in the above case.

_____
W. Earl Britt
Senior U.S. District Judge

*[signed: W. Earl Britt]*