IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
EASTERN DIVISION
No. 4:10-CR-103-1BR

UNITED STATES OF AMERICA, )
)
v. )
) **REASSIGNMENT  ORDER**
BRUCE JUNIOR MOORE, )
Defendant. )
)

At the direction of the court, and for the continued efficient administration of justice, the above-captioned case is reassigned to the Honorable Louise Wood Flanagan, United States District Judge, for all further proceedings.  Senior United States District Judge W. Earl Britt is no longer assigned to the case.  **All future documents shall reflect the revised case number of 4:10-CR-103-1FL.**

SO ORDERED.  This 9th day of June, 2016.

_____
Julie Richards Johnston
Clerk of Court